James S. Davis, OSB# 982070
P.O. BOX 7399
Salem, OR 97303
Telephone: (503)363-8661
Facsimile: (503)363-8681
Attorneys for Plaintiff

FILED 15 NOV '11 09:21 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LUIZ DIAZ-PRADO,

       Plaintiff,

  v.

YAMI TERIYAKI AND SUSHI ROLL,

       Defendant.

Case No. CV'11-1374 AC

COMPLAINT: NONPAYMENT OF WAGES AND VIOLATION OF FEDERAL MINIMUN WAGE LAW

1) FAIR LABOR STANDARDS ACT (29 U.S.C. § 201 et seq.);

DEMAND FOR JURY TRIAL

**PRELIMINARY STATEMENT**

1. Luiz Diaz-Prado ("Plaintiff") brings this action against Yami Teriyaki and Sushi roll ("Defendant") under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., for unpaid wages. Plaintiff seeks minimum wages due to him under 29 U.S.C. §§ 206, 207, 216(b), and liquidated damages for failure to pay wages under 29 U.S.C. § 216(b).

**JURISDICTION**

2. Jurisdiction for minimum wage claims exists under the FLSA, 29 U.S.C. § 216(b). Jurisdiction also exists under 28 U.S.C. § 1337 for claims arising under a federal statute regulating commerce.

## PARTIES

3. Plaintiff was employed by Yami Teriyaki and Sushi Roll.

4. Plaintiff, Luiz Diaz-Prado, is a resident of Oregon.

5. Defendant, Yami Teriyaki and Sushi Roll is a Business in the State of Oregon.

## FACTS

6. Defendant is a business in Dallas Oregon.

7. On or about March 22, 2010, defendant hired plaintiff to work in the kitchen as an assistant to the cook and dishwasher.

8. Defendant hired plaintiff at the rate of $8.40 per hour or minimum wage in the State of Oregon.

9. Plaintiff work the hours of 10:30 a.m to 8:30 p.m. Monday to Saturday, six days a week for a total of 60 hours per week. Plaintiff was paid $812.57, Bi-weekly.

10. Plaintiff wages as calculated are $812.57/2 = 406.28 per week. This is an hourly rate of 6.77 per hour. The Federal minimum wage is $7.25 per hour and time and a half for hour worked above 40 hours in a work week.

11. Defendant has also failed to pay the minimum wage of $8.40 per hour as required by Oregon Law.

12. Plaintiff has made a demand for the unpaid wages.

## CLAIMS FOR RELIEF

### (First Claim - Violation of FLSA)

13. Plaintiff realleges paragraphs 1-12.

14. Under 29 U.S.C. § 206, Defendant is required to pay Plaintiff the federal minimum wage.

COMPLAINT - 2

15. Under 29 U.S.C. § 207, Defendant is required to pay Plaintiff time and a half for time worked in excess of forty hours per week.

16. Under 29 U.S.C § 216(b), Defendant owes Plaintiff unpaid minimum wage, and an amount equal to the unpaid wages as liquidated damages.

17. Plaintiff is entitled to costs and reasonable attorney fees, in an amount to be determined at trial, pursuant to 29 U.S.C. § 216(b).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment as follows:

1. Declare that the Defendant violated the Fair Labor Standards Act and applicable Oregon law by failing to pay wages as alleged;

2. Award of unpaid wages plus interest and liquidated damages under 29 U.S.C § 216(b);

3. Award Plaintiff the cost and fees of maintaining this suit;

4. Grant such other relief as this Court deems just and proper.

DATED this 15th day of November, 2011.

_____
James S. Davis OSB#98207
Attorneys for Plaintiff
P.O. Box 7399
Salem, Oregon 97303
(503) 363-8661