James S. Davis, OSB# 982070
P.O. BOX 7399
Salem, OR 97303
Telephone: (503)363-8661
Facsimile: (503)363-8681
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LUIZ DIAZ-PRADO,  ) Case No. CV'11-1374 AC
            ) 
      Plaintiff,  ) DEFAULT JUDGMENT AGAINST YAMI
            ) TERIYAKI AND SUSHI ROLL
   v.       )
            )
YAMI TERIYAKI AND SUSHI ROLL,  )
            )
SUSHI TOPIA,  )
            )
      Defendants.  )

## DEFAULT JUDGMENT

This matter having come before the Honorable John V. Acosta on plaintiff' Motion for Default, based on plaintiff's motion, the record, and supporting documents, default was entered against the defendant Yami Teriyaki and Sushi Roll on February 16th, 2012.

Based on the default entered February 16th, 2012, the Court hereby orders that the plaintiff, Luis Diaz-Prado, recover from the defendant, **Yami Teriyaki and Sushi Roll**, the amount of **Forty Thousand, Five Hundred, and Thirteen 90/100** dollars ($40,513.90), which includes cost, plus post judgment interest at the rate of .17% per annum.

DATED this 7th day of March, 2012.

_____
Honorable Michael H. Simon

Submitted by James S. Davis, OSB #982070

DEFAULT JUDGMENT- 1